RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Raul Valle-Regalado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAUL VALLE-REGALADO,<br><br>Defendant. | Case No. 2:13-cr-218-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Raul Valle-Regalado, that the Revocation Hearing currently scheduled on October 3, 209 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new law violation, which is pending before this court in Case No. 2:17-cr-380-JCM-NJK. Defense counsel cannot proceed on the current revocation hearing without first reviewing the discovery in the new case.

2. Defense counsel requires time to review the discovery in the new case before deciding how to proceed here. The parties intend to work towards a global resolution, which would resolve both pending cases.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Lin*<br>By_____<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-218-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE RAUL VALLE-REGALADO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 3, 2019 at 10:30 a.m., be vacated and continued to January 7, 2020 at the hour of 10:00 a.m.

DATED September 26, 2019.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE