RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Raul Valle-Regalado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAUL VALLE-REGALADO,<br><br>Defendant. | Case No. 2:13-cr-218-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Raul Valle-Regalado, that the Revocation Hearing currently scheduled on January 7, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than February 4, 2020.

This Stipulation is entered into for the following reasons:

1. The allegation in the revocation petition in this case alleges a new violation which is pending before this Court in Case No. 2:17-cr-380-JCM-NJK (the new case).

Although Mr. Valle has already pleaded guilty in the new case, his sentencing has not yet occurred. Sentencing is scheduled for February 4, 2020.

2. Defense counsel seeks to have a final adjudication in the new case before proceeding with the instant case. Accordingly, the parties request that the revocation hearing trail the sentencing in the new case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of December, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Lin*<br>By_____<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| UNITED STATES OF AMERICA, | | Case No. 2:13-cr-218-JCM-VCF |
| Plaintiff, | | **ORDER** |
| v. | | |
| JOSE RAUL VALLE-REGALADO, | | |
| Defendant. | | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 7, 2020 at 10:00 a.m., be vacated and continued to February 7, 2020 at the hour of 10:00 a.m.

DATED December 19, 2019.

_____
UNITED STATES DISTRICT JUDGE