RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Raul Valle-Regalado

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-218-JCM-VCF |
| Plaintiff, | **STIPULATION TO ADVANCE REVOCATION HEARING** |
| v. | (First Request) |
| JOSE RAUL VALLE-REGALADO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Raul Valle-Regalado, that the Revocation Hearing currently scheduled on February 7, 2020 at 10:00 am, be vacated and advanced to February 4, 2020 at 11:00 am.

This Stipulation is entered into for the following reasons:

1.      The instant revocation case is related to Case No. 17-cr-380-JCM-NJK which is set for sentencing on February 4, 2020. The parties have globally resolved both

matters.  Accordingly, the parties request this case be advanced so that both matters can be heard together.

       2.     The defendant is in custody and agrees with the need for the continuance.

       3.     The parties agree to the continuance.

This is the first request to advance the revocation hearing.

DATED this 23rd day of January, 2020.


RENE L. VALLADARES              NICHOLAS A. TRUTANICH
Federal Public Defender           United States Attorney


    */s/ Raquel Lazo*                  */s/ Christopher Lin*
By_____     By_____
RAQUEL LAZO                     CHRISTOPHER LIN
Assistant Federal Public Defender     Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4
5
6
7
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-218-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE RAUL VALLE-REGALADO, | |
| Defendant. | |

9
10
11
12

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, February 7, 2020 at 10:00 a.m., be vacated and advanced to Tuesday, February 4, 2020 at the hour of 11:00 am.

13

   DATED January 23, 2020.

14
15
16

_____

UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3